KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
WESTERN District of Kentucky
_____ Division

**Plaintiff(s):** Ronnie Joe Forte, et. al, Cecil Guye, Tyrese Wimberly, Ty'keel Forte

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**Defendant(s):** AT&T Phones, Hopkinsville, KY, et. al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:23-CV-59-BJB
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☑ Yes ☐ No

**FILED**
JAMES J. VILT, JR. - CLERK
APR 27 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ronnie Joe Forte
   Address: 737 Dupuy St, Hopkinsville, KY 42240
   City: Hopkinsville  State: KY  Zip Code: 42240
   County: Christian
   Telephone Number: 270 487-4170
   E-Mail Address: forts1961@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: AT&T Phone
   Job or Title (if known):
   Address: 4560 Ft. Campbell Blvd.
   City: Hopkinsville  State: KY  Zip Code: 42240
   County: Christian
   Telephone Number: 270 881-4026
   E-Mail Address (if known):

   [ ] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City:  State:  Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity  [ ] Official capacity

KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non–Prisoner)

    Defendant No. 3
        Name _____
        Job or Title *(if known)* _____
        Address _____

                *City*        *State*        *Zip Code*

        County _____
        Telephone Number _____
        E-Mail Address *(if known)* _____

        ☐ Individual capacity    ☐ Official capacity

    Defendant No. 4
        Name _____
        Job or Title *(if known)* _____
        Address _____

                *City*        *State*        *Zip Code*

        County _____
        Telephone Number _____
        E-Mail Address *(if known)* _____

        ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

ATAND T HOPKINSVILLE, KY. 42240 T ON OR ABOUT 2/18/2022

B. What date and approximate time did the events giving rise to your claim(s) occur?

ON OR ABOUT 2/18/2022 - APPOX TIME: NA

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* - PLAINTIFF'S PURCHASED 4 PHONES - 13 PRO MAX -512 GB, 13 PRO MAX 256 GB, 13 PRO MAX 128 GB, AND PRO MAX 128 GB. SAID PHONES WERE STOLEN AND ATANDT DID EVERY THING THEY COULD NOT TO HONOR PLAINTIFFS CONTRACT IN REGARDS TO THEIR THEFT POLICY EACH PHONE COSTED $1000.00 - APPLE I PHONES PRO. SAID PHONES WERE STOLEN 3/19/22 OUT OF PLAINTIFF'S CAR, NO ONE ACTUALLY SAW IT BUT EXPERIENCED IT, AT+T CLAIMED MY PHONE WERE NOT ACTIVATED WHEN FACT THEY WERE, THEY MADE PLAINTIFF GET 2 POLICE REPORTS. THE REASON WHY THE ONE PHONE WAS ACTIVATED CAUSE THE OTHER PLAINTIFFS HAD TO PUT THEIR PHONE NUMBERS IN IT. WILL EXPLAIN AS THIS LITIGATION PROCEED FURTHER, THEY CLAIM MY STATUE OF LIMITATION RAN OUT CASHIER: LYNDSEY K. WITNESS
TRANSACTION ID SC-6100000044071175

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff's ask that this company at any honor the contract and reimburse each plaintiff their lost and the mental anguish they have been through. Each plaintiff seeks $1,000,000 - one million

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing: April 24, 2023

Signature of Plaintiff: Bonnie Forte

Printed Name of Plaintiff: Bonnie Forte

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____ _____ _____
City  State  Zip Code
Telephone Number _____
E-mail Address _____

ADDED PLAINTIFF'S

Cecil Guye
737 Dupuy St.
Hopkinsville, KY. 42240
Christian County
Phone: 270 874-7547 / 270 487-4706

---

Tyrese Wimberly
737 Dupuy St.
Hopkinsville, KY. 42240
Christian County
Phone: 270 874-7547 / 487-4706

---

Ty'kel Forte
737 Dupuy St.
Hopkinsville, KY. 42240
Christian County
Phone: 270 ~~~ 487-4706

