## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

**RONNIE JOE FORTE et al.**                                                              **PLAINTIFFS**

**v.**                                                          **CIVIL ACTION NO. 5:23-cv-59-BJB**

**AT&T PHONES**                                                                           **DEFENDANT**

### ORDER

For the reasons set forth in the separate Memorandum Opinion and Order entered today, the Court **DISMISSES** Tyrese Wimberly as a Plaintiff without prejudice under Fed. R. Civ. P. 11(a) and **DISMISSES** this lawsuit for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(h)(3).

This is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

cc:     Plaintiffs, *pro se*
        Defendant
B213.009